UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FELIPE VALENCIA,

        Plaintiff,        Case No. 1:19-cv-1019

v.        Hon. Paul L. Maloney

CHRIS D. SLATTER,

        Defendant.
_____/

## JUDGMENT

The Court has dismissed the complaint for lack of subject matter jurisdiction and for the failure to state a claim on which relief may be granted. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: January 15, 2020        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge